**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 99-1206**

―――――――――

GEZA ISTVAN,

Plaintiff - Appellant,

versus

J. FREDERICK MOTZ, The Honorable Judge of the
Federal District Court,

Defendant - Appellee.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-99-
61-AMD)

―――――――――

Submitted:  April 29, 1999          Decided:  May 4, 1999

―――――――――

Before WILLIAMS, TRAXLER, and KING, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Geza Istvan, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Geza Istvan appeals from the district court's order dismissing his "Complaint for Declaratory Judgment." Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Istvan v. Motz</u>, No. CA-99-61-AMD (D. Md. Jan. 15, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>